**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WINCHESTER,<br><br>                Plaintiff,<br><br>   v.<br><br>ARGENT MORTGAGE COMPANY, LLC, a Delaware corporation; SELECT PORTFOLIO SERVICING INC., and Does 1 to 50 inclusive,<br><br>                Defendants. | Case No. 5:25-cv-01920-FLA (MAAx)<br><br>**ORDER APPROVING STIPULATION TO REMAND ACTION [DKT. 22]** |

On September 30, 2024, Plaintiff Michael Winchester ("Plaintiff") and Defendant Argent Mortgage Company, LLC ("Argent") filed a Joint Stipulation to Remand this Action ("Stipulation"). Dkt. 22.

Having considered and reviewed the Stipulation and finding good cause therefor, the court hereby APPROVES the Stipulation and ORDERS:

1. This action, *Michael Winchester v. Argent Mortgage Company, LLC, et al.*, is REMANDED to the San Bernardino County Superior Court, as Case No. CIV SB 2326968 (the "State Court Action"); and

2. The Clerk of this Court is to mail a certified copy of this order to the San Bernardino County Superior Court in the State Court Action.

IT IS SO ORDERED.

Dated: October 3, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge